# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN S. HUNT,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | CASE NO. 1:13-cv-01999-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

　　　　Plaintiff Carolyn S. Hunt filed a complaint on December 6, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's application to proceed *in forma pauperis* is GRANTED;

　　　　2.　　The Clerk of Court is DIRECTED to issue a summons; and

　　　　3.　　The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

　　　Dated:　**December 9, 2013**　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1