# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN S. HUNT<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 1:13-cv-01999-SKO<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

　　　Pursuant to the parties' Stipulation, and for good cause shown, IT IS HEREBY ORDERED that:

　1) Plaintiff shall have an extension of time, up to and including July 25, 2014, in which to file Plaintiff's Opening Brief;

　2) Defendant shall file any Response by August 27, 2014; and

　3) Plaintiff shall file any Reply to Defendant's Response no later than September 15, 2014.

IT IS SO ORDERED.

　Dated:  **July 28, 2014**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE