# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CAROLYN S. HUNT,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:13-CV-01999-SKO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 27, 2014 to September 26, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  An extension of time is needed given Defense counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  August 22, 2014

Respectfully submitted,
*/s Denise Bourgeois Haley*
(As authorized via email on 8/22/2014)
DENISE BOURGEOIS HALEY
Attorney for Plaintiff

Dated:  August 22, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Jacob M. Mikow*
JACOB M. MIKOW
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief on or before September 26, 2014; and

2. Plaintiff may file an optional reply brief on or before October 14, 2014.

IT IS SO ORDERED.

Dated:  **August 25, 2014**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE