# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN S. HUNT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:13-cv-01999-SKO<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF** |

On September 25, 2014, the parties filed a second stipulated request that Defendant be permitted additional time to file a responsive brief. Defendant states that her counsel's present workload precludes her from filing a timely responsive brief. Although workload considerations are not generally good cause for schedule modifications, Plaintiff has stipulated to the request and the requested extension is only 15 days.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief on or before October 10, 2014; and

2. Plaintiff shall file an optional reply brief by no later than October 30, 2014.

IT IS SO ORDERED.

Dated:   **October 2, 2014**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE